**JUDGE SCHEINDLIN**

**06 CV 462**

Thomas M. Furth (TF 0785)
JORDAN AND HAMBURG LLP
122 East 42nd Street, Suite 4000
New York, NY 10168
(212) 986-2340

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MG PREP, INC. d/b/a MANHATTAN GMAT,<br><br>        Plaintiff,<br><br>    v.<br><br>MANHATTAN REVIEW LLC,<br><br>        Defendant. | Civil Action No.: |



RECEIVED JAN ? 3 2006 U.S.D...S.D.N.Y. CASHIERS

## STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for a private (non-governmental) party certifies that there is no parent corporation nor publicly held corporation that owns 10% or more of the stock of Plaintiff MG Prep, Inc.

DATE:   January 20, 2006

                                                    _____
                                                  Thomas M. Furth (TF 0785)

C:\TMF\S4149.R71.wpd