UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

MG PREP, INC.,

                Plaintiff,

      -against-

MANHATTAN REVIEW LLC,

                Defendant.
------------------------------------------------------X

**ORDER OF DISCONTINUANCE**

06 Civ. 462 (SAS)

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

The parties having notified the Court that they have reached a resolution of this action,

IT IS HEREBY ORDERED that the above captioned action be, and the same hereby is, discontinued with prejudice but without costs; provided, however, that within sixty (60) days of the date of this Order, counsel for plaintiff may apply by letter for restoration of the action to the calendar of the undersigned if the settlement is not effected, in which event the action will be restored.

SO ORDERED:

*[signature]*
Shira A. Scheindlin
U.S.D.J.

Dated:     New York, New York
              June 20, 2006

## - Appearances -

**For Plaintiff:**

Thomas M. Furth, Esq.
Jordon and Hamburg LLP
122 East 42nd Street, Suite 4000
New York, New York 10168
(212) 986-9880

**For Defendant:**

Celeste Butera, Esq.
Rivkin, Radler LLP
926 EAB Plaza
Uniondale, New York 11556
(516) 357-3000